Charles B. Clark, Appellee, v. New York Central Railroad Company and Pullman Company, Appellants.

Gen. No. 44,288.

opinion filed May 24, 1948; rehearing denied June 7, 1948; released for publication June 8, 1948. Herbert S. Anderson and Erwin W. Roemer, for appellants; James A. Velde, Stark Ritchie and Gardner, Carton & Douglas, of counsel; Edward B. Henslee, for appellee; Walter N. Murray and Melvin L. Griffith, of counsel. Opinion by PRESIDING JUSTICE NIE-MEYER. Not to be published in full.

Harley N. Bruce, Appellant, v. Municipal Employees Insurance Association of Chicago, Appellee.

Gen. No. 44,327.